## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **CRIMINAL** |
| v. | : | |
| | : | |
| ERIC HUMBERT | : | **No. 04-506-1** |

## ORDER

**AND NOW**, this **17th** day of **November**, **2010**, upon consideration of Defendant Eric

Humbert's Motion for Extension of Time to File Habeas Corpus, it is hereby **ORDERED** that:

1.    Defendant's Motion (Document No. 272) is **DENIED**.

2.    Defendant may amend his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or

       Correct Sentence by a Person in Federal Custody no later than **December 31, 2010**.

3.    Defendant is reminded that he may not raise claims or issues in his amended petition

       beyond the five grounds for habeas relief identified in his petition of October 22,

       2010.


                                                                    BY THE COURT:


                                                                    _____
                                                                    **Berle M. Schiller, J.**